**No. 45148.**—Protests 525788–G, etc., of Louis L. Allen et al. (New York).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.